

FILED
2019 SEP 22 AM 9:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) v. | CASE NUMBER **19MJ04001** |
| Erick J. Bustamante DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: ~~Special Agent Joseph Dinoso~~ Complaint
in the __Northern__ District of __Illinois__ on __September 20, 2019__,
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __September 20, 2019__
in violation of Title __18__ U.S.C., Section(s) __1956(H)__
to wit: __Conspiracy To Commit Money Laundering__

A warrant for defendant's arrest was issued by: __NDIL Judge Jeffrey T. Gilbert__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __9/23/19__, by
_____, Deputy Clerk.

| | |
|---|---|
| Signature of Agent | Joseph Dinoso — Print Name of Agent |
| DEA — Agency | Special Agent — Title |