
FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Erick Bustamonte DEFENDANT(S). | CASE NUMBER 19-MJ-4001 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__ , IT IS ORDERED that a detention hearing is set for __9/25/19__, _____, at __2:00__ ☐a.m. / ☑p.m. before the Honorable __J. Chooljian__ , in Courtroom __750 (Roybal)__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/23/19__   _____
U.S. District Judge/Magistrate Judge